# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| **JORDAN OUTDOOR ENTERPRISES, LTD.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:12-cv-297 (CDL) |
| ) | |
| **HUBEI WILD TREES TEXTILES CO., LTD.,** ) | |
| **WILDFOWLER OUTFITTER INC., and** ) | |
| **THATCHREED LIMITED d/b/a** ) | |
| **JACK PYKE OF ENGLAND** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF JORDAN OUTDOOR ENTERPRISES, LTD.'S
## NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS AGAINST
## DEFENDANT THATCHREED LIMITED d/b/a JACK PYKE OF ENGLAND

Plaintiff Jordan Outdoor Enterprises, Ltd. ("JOEL"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses with prejudice all claims asserted in this action against Defendant Thatchreed Limited d/b/a Jack Pyke of England. JOEL files this dismissal pursuant to the terms of a Settlement Agreement.

A proposed order dismissing the action is submitted herewith.

Date:   May 21, 2013

*/s/ Daniel J. Warren*
Daniel J. Warren
Georgia Bar No. 738,240
**SUTHERLAND ASBILL & BRENNAN LLP**
999 Peachtree Street, N.E., Suite 2300
Atlanta, Georgia  30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806
E-mail: daniel.warren@sutherland.com

21205744.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that an exact copy of this document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt or will be served by first-class postage prepaid mail to the following:

Christopher Buck
Franklins Solicitors, LLP
Silbury Court
354 Silbury Boulevard
Milton Keynes
Buckinghamshire
MK9 2LY, United Kingdom

*Counsel for Thatchreed Limited d/b/a Jack Pyke of England*

Dawei Gongsun, Esq.
Dai & Associates, P.C.
Time Square Plaza
1500 Broadway, 22nd Floor
New York, NY 10036

*Counsel for Hubei Wild Trees Textiles Co., Ltd.*

This 21st day of May, 2013.

                                              */s/ Daniel J. Warren*
                                              Daniel J. Warren
                                              Georgia Bar No. 738,240
                                              **SUTHERLAND ASBILL & BRENNAN LLP**
                                              999 Peachtree Street, N.E., Suite 2300
                                              Atlanta, Georgia  30309-3996
                                              Telephone: (404) 853-8000
                                              Facsimile: (404) 853-8806
                                              E-mail: daniel.warren@sutherland.com