# Exhibit C

# HUBEI WILD TREES TEXTILES CO.,LTD.

C1-402, NO 27 YONGQING ROAD WUHAN, HUBEI, CHINA

## COMMERCIAL INVOICE

**ORIGINAL**

| | |
|---|---|
| Invoice #: | FS13A15-1 |
| Invoice Date: | 23-Aug-13 |
| Ship Date: | 03-Sep-13 |

**SHIPPING MARK:**
WILDFOWLER OUTFITTER
303 W.190TH STREET
JORDAN,MN 55352
U.S.A.
M/N:
C/NO:

**Manufacturer Name and Address**
(**Last place of manufacture**)
HUBEI WILD TREES TEXTILES CO.,LTD.
C1-402, NO 27 YONGQING ROAD WUHAN, HUBEI, CHINA

**Seller Name and Address**
Same as above

**Buyer Name and Address**
WILDFOWLER OUTFITTER
303 WEST 190TH ST. JORDAN, MN 55352 USA

**Ship to Name and Address**
Same as above

**Container Stuffing Location Name and Address of location where container is stuffed**
HUBEI WILD TREES TEXTILES CO.,LTD.
C1-402, NO 27 YONGQING ROAD WUHAN, HUBEI, CHINA

**Consolidator/Forwarder Name and Address**
Consolidator/Forwarder to complete

| HTS Number 6 digit | Country of Origin of the goods | Description | Quantity | Unit Price FOB WUHAN | Amount |
|---|---|---|---|---|---|
| 6505009900 | CHINA | #098-WTS(Wild Trees-snow)HEAD COVER | 630PCS | USD 4.25 | USD 2,677.50 |
| 6505009900 | CHINA | #098-WG(Wild Trees-new grassland)HEAD COVER | 525PCS | USD 4.25 | USD 2,231.25 |
| 6103330090 | CHINA | #910-WG(Wild Trees-new grassland) JACKET | 1214PCS | USD 17.80 | USD 21,609.20 |
| 6103330090 | CHINA | #910-WTS(Wild Trees-snow) JACKET | 1554PCS | USD 17.80 | USD 27,661.20 |
| 6103430099 | CHINA | #920-WTS(Wild Trees-snow) PANT | 1261PCS | USD 16.70 | USD 21,058.70 |
| 6103430099 | CHINA | #920-WG(Wild Trees-new grassland) PANT | 1031PCS | USD 16.70 | USD 17,217.70 |
| 6101300029 | CHINA | #930-WTS(Wild Trees-snow) INSULATED PARKA | 770PCS | USD 25.70 | USD 19,789.00 |
| 6101300029 | CHINA | #930-WG(Wild Trees-new grassland) INSULATED PARKA | 598PCS | USD 25.70 | USD 15,368.60 |
| 6103430091 | CHINA | #935-WTS(Wild Trees-snow) INSULATED BIB PANT | 390PCS | USD 31.74 | USD 12,378.60 |
| 6103430091 | CHINA | #935-WG(Wild Trees-new grassland) INSULATED BIB PANT | 150PCS | USD 31.74 | USD 4,761.00 |
| 6103430091 | CHINA | #963-WTS(Wild Trees-snow)BIB PANT | 521PCS | USD 24.61 | USD 12,821.81 |
| 6103430091 | CHINA | #963-WG(Wild Trees-new grassland) BIB PANT | 461PCS | USD 24.61 | USD 11,345.21 |
| 6116990093 | CHINA | #980-WTS(Wild Trees-snow) WATERPROOF GLOVE | 1105PAIRS | USD 12.20 | USD 13,481.00 |
| 6116990093 | CHINA | #980-WG(Wild Trees-new grassland) WATERPROOF GLOVE | 1008PAIRS | USD 12.20 | USD 12,297.60 |
| 4202129000 | CHINA | WFO550-DECOY BAG KHAKI | 840PCS | USD 8.93 | USD 7,501.20 |
| | | TOTAL: 670CTNS | 12058PCS/PAIRS | | USD 202199.57 |

Signature:

JOEL 000250

# HUBEI WILD TREES TEXTILES CO.,LTD.

C1-402, NO 27 YONGQING ROAD WUHAN, HUBEI, CHINA

## COMMERCIAL INVOICE

**ORIGINAL**

| | |
|---|---|
| Invoice #: | FS13A15-1 |
| Invoice Date: | 23-Aug-13 |
| Ship Date: | 03-Sep-13 |

**SHIPPING MARK:**
WILDFOWLER OUTFITTER
303 W.190TH STREET
JORDAN,MN 55352
U.S.A.
M/N:
C/NO:

**Manufacturer Name and Address**
(**Last place of manufacture**)
HUBEI WILD TREES TEXTILES CO.,LTD.
C1-402, NO 27 YONGQING ROAD WUHAN, HUBEI, CHINA

**Seller Name and Address**
Same as above

**Container Stuffing Location Name and Address of location where container is stuffed**
HUBEI WILD TREES TEXTILES CO.,LTD.
C1-402, NO 27 YONGQING ROAD WUHAN, HUBEI, CHINA

**Buyer Name and Address**
WILDFOWLER OUTFITTER
303 WEST 190TH ST. JORDAN, MN 55352 USA

**Ship to Name and Address**
Same as above

**Consolidator/Forwarder Name and Address**
Consolidator/Forwarder to complete

| HTS Number 6 digit | Country of Origin of the goods | Description | Quantity | Unit Price FOB WUHAN | Amount |
|---|---|---|---|---|---|
| 6505009900 | CHINA | #098-WTS(Wild Trees-snow)HEAD COVER | 630PCS | USD 4.25 | USD 2,677.50 |
| 6505009900 | CHINA | #098-WG(Wild Trees-new grassland)HEAD COVER | 525PCS | USD 4.25 | USD 2,231.25 |
| 6103330090 | CHINA | #910-WG(Wild Trees-new grassland) JACKET | 1214PCS | USD 17.80 | USD 21,609.20 |
| 6103330090 | CHINA | #910-WTS(Wild Trees-snow) JACKET | 1554PCS | USD 17.80 | USD 27,661.20 |
| 6103430099 | CHINA | #920-WTS(Wild Trees-snow) PANT | 1261PCS | USD 16.70 | USD 21,058.70 |
| 6103430099 | CHINA | #920-WG(Wild Trees-new grassland) PANT | 1031PCS | USD 16.70 | USD 17,217.70 |
| 6101300029 | CHINA | #930-WTS(Wild Trees-snow) INSULATED PARKA | 770PCS | USD 25.70 | USD 19,789.00 |
| 6101300029 | CHINA | #930-WG(Wild Trees-new grassland) INSULATED PARKA | 598PCS | USD 25.70 | USD 15,368.60 |
| 6103430091 | CHINA | #935-WTS(Wild Trees-snow) INSULATED BIB PANT | 390PCS | USD 31.74 | USD 12,378.60 |
| 6103430091 | CHINA | #935-WG(Wild Trees-new grassland) INSULATED BIB PANT | 150PCS | USD 31.74 | USD 4,761.00 |
| 6103430091 | CHINA | #963-WTS(Wild Trees-snow)BIB PANT | 521PCS | USD 24.61 | USD 12,821.81 |
| 6103430091 | CHINA | #963-WG(Wild Trees-new grassland) BIB PANT | 461PCS | USD 24.61 | USD 11,345.21 |
| 6116990093 | CHINA | #980-WTS(Wild Trees-snow) WATERPROOF GLOVE | 1105PAIRS | USD 12.20 | USD 13,481.00 |
| 6116990093 | CHINA | #980-WG(Wild Trees-new grassland) WATERPROOF GLOVE | 1008PAIRS | USD 12.20 | USD 12,297.60 |
| 4202129000 | CHINA | WFO550-DECOY BAG KHAKI | 840PCS | USD 8.93 | USD 7,501.20 |
| | | TOTAL: 670CTNS | 12058PCS/PAIRS | | USD 202199.57 |

Signature:

JOEL 000251

# HUBEI WILD TREES TEXTILES CO.,LTD.

C1-402, NO 27 YONGQING ROAD WUHAN, HUBEI, CHINA

## COMMERCIAL INVOICE

**ORIGINAL**

| | |
|---|---|
| Invoice #: | FS13A15-1 |
| Invoice Date: | 23-Aug-13 |
| Ship Date: | 03-Sep-13 |

**SHIPPING MARK:**
WILDFOWLER OUTFITTER
303 W.190TH STREET
JORDAN,MN 55352
U.S.A.
M/N:
C/NO:

**Manufacturer Name and Address**
(**Last place of manufacture**)
HUBEI WILD TREES TEXTILES CO.,LTD.
C1-402, NO 27 YONGQING ROAD WUHAN, HUBEI, CHINA

**Seller Name and Address**
Same as above

**Container Stuffing Location Name and Address of location where container is stuffed**
HUBEI WILD TREES TEXTILES CO.,LTD.
C1-402, NO 27 YONGQING ROAD WUHAN, HUBEI, CHINA

**Buyer Name and Address**
WILDFOWLER OUTFITTER
303 WEST 190TH ST. JORDAN, MN 55352 USA

**Ship to Name and Address**
Same as above

**Consolidator/Forwarder Name and Address**
Consolidator/Forwarder to complete

| HTS Number 6 digit | Country of Origin of the goods | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| | | | | FOB WUHAN | |
| 6505009900 | CHINA | #098-WTS(Wild Trees-snow)HEAD COVER | 630PCS | USD 4.25 | USD 2,677.50 |
| 6505009900 | CHINA | #098-WG(Wild Trees-new grassland)HEAD COVER | 525PCS | USD 4.25 | USD 2,231.25 |
| 6103330090 | CHINA | #910-WG(Wild Trees-new grassland) JACKET | 1214PCS | USD 17.80 | USD 21,609.20 |
| 6103430090 | CHINA | #910-WTS(Wild Trees-snow) JACKET | 1554PCS | USD 17.80 | USD 27,661.20 |
| 6103430099 | CHINA | #920-WTS(Wild Trees-snow) PANT | 1261PCS | USD 16.70 | USD 21,058.70 |
| 6101300029 | CHINA | #920-WG(Wild Trees-new grassland) PANT | 1031PCS | USD 16.70 | USD 17,217.70 |
| 6101300029 | CHINA | #930-WTS(Wild Trees-snow) INSULATED PARKA | 770PCS | USD 25.70 | USD 19,789.00 |
| 6103430091 | CHINA | #930-WG(Wild Trees-new grassland) INSULATED PARKA | 598PCS | USD 25.70 | USD 15,368.60 |
| 6103430091 | CHINA | #935-WTS(Wild Trees-snow) INSULATED BIB PANT | 390PCS | USD 31.74 | USD 12,378.60 |
| 6103430091 | CHINA | #935-WG(Wild Trees-new grassland) INSULATED BIB PANT | 150PCS | USD 31.74 | USD 4,761.00 |
| 6103430091 | CHINA | #963-WTS(Wild Trees-snow)BIB PANT | 521PCS | USD 24.61 | USD 12,821.81 |
| 6103430091 | CHINA | #963-WG(Wild Trees-new grassland) BIB PANT | 461PCS | USD 24.61 | USD 11,345.21 |
| 6116990093 | CHINA | #980-WTS(Wild Trees-snow) WATERPROOF GLOVE | 1105PAIRS | USD 12.20 | USD 13,481.00 |
| 6116990093 | CHINA | #980-WG(Wild Trees-new grassland) WATERPROOF GLOVE | 1008PAIRS | USD 12.20 | USD 12,297.60 |
| 4202129000 | CHINA | WFO550-DECOY BAG KHAKI | 840PCS | USD 8.93 | USD 7,501.20 |
| | | TOTAL: 670CTNS | 12058PCS/PAIRS | | USD 202199.57 |

Signature:

JOEL 000252

# HUBEI WILD TREES TEXTILES CO.,LTD. ORIGINAL

C1-402, NO 27 YONGQING ROAD WUHAN,HUBEI,CHINA

## PACKING LIST

| **TO:** | **Marks & Nos.** | **INV.NO:** | FS13A15-1 |
|---|---|---|---|
| WILDFOWLER OUTFITTER | WILDFOWLER OUTFITTER | **INV.DATE:** | 23-Aug-13 |
| 303 WEST 190TH ST.JORDAN, | 303 W. 190TH STREET | **S/C NO.:** | 13FSWIL01 |
| MN 55352 USA | JORDAN, MN 55352 | **PAYMENT:** | T/T |
|  | U.S.A. | **FROM:** | SHANGHAI,CHINA |
|  | M/N: | **TO:** | MINNEAPOLIS,MN |
|  | C/NO: | **SHIPMENT:** | FOB SHANGHAI |

| Description | Quantity PCS/PAIRS | Package CTNS | Weight G.W(kg) | N.W(kg) | Dimension (cm) | Vol. m3 |
|---|---|---|---|---|---|---|
| #098-WTS(Wild Trees-snow)HEAD COVER | 630 | 7 | 31.500 | 28.000 | 56*28*27 | 0.296 |
| #098-WG(Wild Trees-new grassland)HEAD COVER | 525 | 6 | 27.000 | 24.000 | 56*28*27 | 0.254 |
| #910-WG(Wild Trees-new grassland) JACKET | 1214 | 51 | 994.500 | 918.000 | 66*41*46 | 6.348 |
| #910-WTS(Wild Trees- snow) JACKET | 1554 | 65 | 1267.500 | 1170.000 | 66*41*46 | 8.091 |
| #920-WTS(Wild Trees-snow) PANT | 1261 | 53 | 848.000 | 768.500 | 61*41*43 | 5.700 |
| #920-WG(Wild Trees-new grassland) PANT | 1031 | 43 | 688.000 | 623.500 | 61*41*43 | 4.624 |
| #930-WTS(Wild Trees-snow) INSULATED PARKA | 770 | 129 | 2515.500 | 2322.000 | 66*43*36 | 13.180 |
| #930-WG(Wild Trees-new grassland) INSULATED PARKA | 598 | 100 | 1950.000 | 1800.000 | 66*43*36 | 10.217 |
| #935-WTS(Wild Trees-snow) INSULATED BIB PANT | 390 | 65 | 1170.000 | 1072.500 | 63*41*42 | 7.052 |
| #935-WG(Wild Trees-new grassland) INSULATED BIB PANT | 150 | 25 | 450.000 | 412.500 | 63*41*42 | 2.712 |
| #963-WTS(Wild Trees-snow)BIB PANT | 521 | 22 | 396.000 | 363.000 | 63*41*42 | 2.387 |
| #963-WG(Wild Trees-new grassland) BIB PANT | 461 | 20 | 360.000 | 330.000 | 63*41*42 | 2.170 |
| #980-WTS(Wild Trees-snow) WATERPROOF GLOVE | 1105 | 20 | 240.000 | 210.000 | 57*33*52 | 1.956 |
| #980-WG(Wild Trees-new grassland) WATERPROOF GLOVE | 1008 | 22 | 264.000 | 231.000 | 57*33*52 | 2.152 |

湖北绿木纺织经贸有限公司
HUBEI WILD TREES TEXTILES CO.,LTD.

JOEL 000253

| | | | | | | |
|---|---|---|---|---|---|---|
| WFO550-DECOY BAG KHAKI | 840 | 42 | 567.000 | 525.000 | 41*39*53 | 3.559 |
| TOTAL: | 12058 | 670 | 11769.000 | 10798.000 | | 70.698 |

**HUBEI WILD TREES TEXTILES CO.,LTD.**



# HUBEI WILD TREES TEXTILES CO.,LTD.

C1-402, NO 27 YONGQING ROAD WUHAN,HUBEI,CHINA

## PACKING LIST

| **TO:** | **Marks & Nos.** | **INV.NO:** | FS13A15-1 |
|---|---|---|---|
| WILDFOWLER OUTFITTER | WILDFOWLER OUTFITTER | **INV.DATE:** | 23-Aug-13 |
| 303 WEST 190TH ST.JORDAN, | 303 W. 190TH STREET | **S/C NO.:** | 13FSWIL01 |
| MN 55352 USA | JORDAN, MN 55352 | **PAYMENT:** | T/T |
| | U.S.A. | **FROM:** | SHANGHAI,CHINA |
| | M/N: | **TO:** | MINNEAPOLIS,MN |
| | C/NO: | **SHIPMENT:** | FOB SHANGHAI |

| Description | Quantity PCS/PAIRS | Package CTNS | G.W(kg) | N.W(kg) | Dimension (cm) | Vol. m3 |
|---|---|---|---|---|---|---|
| #098-WTS(Wild Trees-snow)HEAD COVER | 630 | 7 | 31.500 | 28.000 | 56*28*27 | 0.296 |
| #098-WG(Wild Trees-new grassland)HEAD COVER | 525 | 6 | 27.000 | 24.000 | 56*28*27 | 0.254 |
| #910-WG(Wild Trees-new grassland) JACKET | 1214 | 51 | 994.500 | 918.000 | 66*41*46 | 6.348 |
| #910-WTS(Wild Trees- snow) JACKET | 1554 | 65 | 1267.500 | 1170.000 | 66*41*46 | 8.091 |
| #920-WTS(Wild Trees-snow) PANT | 1261 | 53 | 848.000 | 768.500 | 61*41*43 | 5.700 |
| #920-WG(Wild Trees-new grassland) PANT | 1031 | 43 | 688.000 | 623.500 | 61*41*43 | 4.624 |
| #930-WTS(Wild Trees-snow) INSULATED PARKA | 770 | 129 | 2515.500 | 2322.000 | 66*43*36 | 13.180 |
| #930-WG(Wild Trees-new grassland) INSULATED PARKA | 598 | 100 | 1950.000 | 1800.000 | 66*43*36 | 10.217 |
| #935-WTS(Wild Trees-snow) INSULATED BIB PANT | 390 | 65 | 1170.000 | 1072.500 | 63*41*42 | 7.052 |
| #935-WG(Wild Trees-new grassland) INSULATED BIB PANT | 150 | 25 | 450.000 | 412.500 | 63*41*42 | 2.712 |
| #963-WTS(Wild Trees-snow)BIB PANT | 521 | 22 | 396.000 | 363.000 | 63*41*42 | 2.387 |
| #963-WG(Wild Trees-new grassland) BIB PANT | 461 | 20 | 360.000 | 330.000 | 63*41*42 | 2.170 |
| #980-WTS(Wild Trees-snow) WATERPROOF GLOVE | 1105 | 20 | 240.000 | 210.000 | 57*33*52 | 1.956 |
| #980-WG(Wild Trees-new grassland) WATERPROOF GLOVE | 1008 | 22 | 264.000 | 231.000 | 57*33*52 | 2.152 |

JOEL 000255



| WFO550-DECOY BAG KHAKI | 840 | 42 | 567.000 | 525.000 | 41*39*53 | 3.559 |
|---|---|---|---|---|---|---|
| TOTAL: | 12058 | 670 | 11769.000 | 10798.000 | | 70.698 |

**HUBEI WILD TREES TEXTILES CO.,LTD.**

JOEL 000256



# HUBEI WILD TREES TEXTILES CO.,LTD.

C1-402, NO 27 YONGQING ROAD WUHAN,HUBEI,CHINA

## PACKING LIST

| **TO:** | **Marks & Nos.** | **INV.NO:** | FS13A15-1 |
|---|---|---|---|
| WILDFOWLER OUTFITTER | WILDFOWLER OUTFITTER | **INV.DATE:** | 23-Aug-13 |
| 303 WEST 190TH ST.JORDAN, | 303 W. 190TH STREET | **S/C NO.:** | 13FSWIL01 |
| MN 55352 USA | JORDAN, MN 55352 | **PAYMENT:** | T/T |
| | U.S.A. | **FROM:** | SHANGHAI,CHINA |
| | M/N: | **TO:** | MINNEAPOLIS,MN |
| | C/NO: | **SHIPMENT:** | FOB SHANGHAI |

| Description | Quantity PCS/PAIRS | Package CTNS | G.W(kg) | N.W(kg) | Dimension (cm) | Vol. m3 |
|---|---|---|---|---|---|---|
| #098-WTS(Wild Trees-snow)HEAD COVER | 630 | 7 | 31.500 | 28.000 | 56*28*27 | 0.296 |
| #098-WG(Wild Trees-new grassland)HEAD COVER | 525 | 6 | 27.000 | 24.000 | 56*28*27 | 0.254 |
| #910-WG(Wild Trees-new grassland) JACKET | 1214 | 51 | 994.500 | 918.000 | 66*41*46 | 6.348 |
| #910-WTS(Wild Trees- snow) JACKET | 1554 | 65 | 1267.500 | 1170.000 | 66*41*46 | 8.091 |
| #920-WTS(Wild Trees-snow) PANT | 1261 | 53 | 848.000 | 768.500 | 61*41*43 | 5.700 |
| #920-WG(Wild Trees-new grassland) PANT | 1031 | 43 | 688.000 | 623.500 | 61*41*43 | 4.624 |
| #930-WTS(Wild Trees-snow) INSULATED PARKA | 770 | 129 | 2515.500 | 2322.000 | 66*43*36 | 13.180 |
| #930-WG(Wild Trees-new grassland) INSULATED PARKA | 598 | 100 | 1950.000 | 1800.000 | 66*43*36 | 10.217 |
| #935-WTS(Wild Trees-snow) INSULATED BIB PANT | 390 | 65 | 1170.000 | 1072.500 | 63*41*42 | 7.052 |
| #935-WG(Wild Trees-new grassland) INSULATED BIB PANT | 150 | 25 | 450.000 | 412.500 | 63*41*42 | 2.712 |
| #963-WTS(Wild Trees-snow)BIB PANT | 521 | 22 | 396.000 | 363.000 | 63*41*42 | 2.387 |
| #963-WG(Wild Trees-new grassland) BIB PANT | 461 | 20 | 360.000 | 330.000 | 63*41*42 | 2.170 |
| #980-WTS(Wild Trees-snow) WATERPROOF GLOVE | 1105 | 20 | 240.000 | 210.000 | 57*33*52 | 1.956 |
| #980-WG(Wild Trees-new grassland) WATERPROOF GLOVE | 1008 | 22 | 264.000 | 231.000 | 57*33*52 | 2.152 |

湖北绿木纺织经贸有限公司
HUBEI WILD TREES TEXTILES CO.,LTD.

JOEL 000257

| | | | | | | |
|---|---|---|---|---|---|---|
| WFO550-DECOY BAG KHAKI | 840 | 42 | 567.000 | 525.000 | 41*39*53 | 3.559 |
| TOTAL: | 12058 | 670 | 11769.000 | 10798.000 | | 70.698 |

HUBEI WILD TREES TEXTILES CO.,LTD.

JOEL 000258

# HUBEI WILD TREES TEXTILES CO.,LTD. ORIGINAL

C1-402, NO 27 YONGQING ROAD WUHAN,HUBEI,CHINA

## COMMERCIAL INVOICE

| | | |
|---|---|---|
| **TO:**<br>WILDFOWLER OUTFITTER<br>303 WEST 190TH ST.JORDAN,<br>MN 55352 USA | **Marks & Nos.**<br>WILDFOWLER OUTFITTER<br>303 W. 190TH STREET<br>JORDAN, MN 55352<br>U.S.A.<br>M/N:<br>C/NO: | **INV.NO:** FS13A15-1<br>**INV.DATE:** 23-Aug-13<br>**S/C NO.:** 13FSWIL01<br>**PAYMENT:** T/T<br>**FROM:** SHANGHAI,CHINA<br>**TO:** MINNEAPOLIS,MN<br>**SHIPMENT:** FOB SHANGHAI<br>SHIPMENT DATE: 03 SEP,2013 |

| Description | Quantity PCS/PAIRS | Package CTNS | Unit Price USD | Amount USD |
|---|---|---|---|---|
| #098-WTS(Wild Trees-snow)HEAD COVER | 630 | 7 | US$ 4.25 | US$2,677.50 |
| #098-WG(Wild Trees-new grassland)HEAD COVER | 525 | 6 | US$ 4.25 | US$2,231.25 |
| #910-WG(Wild Trees-new grassland) JACKET | 1214 | 51 | US$ 17.80 | US$21,609.20 |
| #910-WTS(Wild Trees- snow) JACKET | 1554 | 65 | US$ 17.80 | US$27,661.20 |
| #920-WTS(Wild Trees-snow) PANT | 1261 | 53 | US$ 16.70 | US$21,058.70 |
| #920-WG(Wild Trees-new grassland) PANT | 1031 | 43 | US$ 16.70 | US$17,217.70 |
| #930-WTS (Wild Trees-snow) INSULATED PARKA | 770 | 129 | US$ 25.70 | US$19,789.00 |
| #930-WG(Wild Trees-new grassland) INSULATED PARKA | 598 | 100 | US$ 25.70 | US$15,368.60 |
| #935-WTS(Wild Trees-snow) INSULATED BIB PANT | 390 | 65 | US$ 31.74 | US$12,378.60 |
| #935-WG(Wild Trees-new grassland) INSULATED BIB PANT | 150 | 25 | US$ 31.74 | US$4,761.00 |
| #963-WTS(Wild Trees-snow)BIB PANT | 521 | 22 | US$ 24.61 | US$12,821.81 |
| #963-WG(Wild Trees-new grassland) BIB PANT | 461 | 20 | US$ 24.61 | US$11,345.21 |
| #980-WTS(Wild Trees-snow) WATERPROOF GLOVE | 1105 | 20 | US$ 12.20 | US$13,481.00 |
| #980-WG(Wild Trees-new grassland) WATERPROOF GLOVE | 1008 | 22 | US$ 12.20 | US$12,297.60 |
| WFO550-DECOY BAG KHAKI | 840 | 42 | US$ 8.93 | US$7,501.20 |
| **TOTAL** | **12058** | **670** | | **US$202,199.57** |

HUBEI WILD TREES TEXTILES CO.,LTD.

JOEL 000259

# HUBEI WILD TREES TEXTILES CO.,LTD. ORIGINAL

C1-402, NO 27 YONGQING ROAD WUHAN,HUBEI,CHINA

## COMMERCIAL INVOICE

**TO:**
WILDFOWLER OUTFITTER
303 WEST 190TH ST.JORDAN,
MN 55352 USA

**Marks & Nos.**
WILDFOWLER OUTFITTER
303 W.190TH STREET
JORDAN, MN 55352
U.S.A.
M/N:
C/NO:

**INV.NO:** FS13A15-1
**INV.DATE:** 23-Aug-13
**S/C NO.:** 13FSWIL01
**PAYMENT:** T/T
**FROM:** SHANGHAI,CHINA
**TO:** MINNEAPOLIS,MN
**SHIPMENT:** FOB SHANGHAI
SHIPMENT DATE: 03 SEP,2013

| Description | Quantity PCS/PAIRS | Package CTNS | Unit Price USD | Amount USD |
|---|---|---|---|---|
| #098-WTS(Wild Trees-snow)HEAD COVER | 630 | 7 | US$ 4.25 | US$2,677.50 |
| #098-WG(Wild Trees-new grassland)HEAD COVER | 525 | 6 | US$ 4.25 | US$2,231.25 |
| #910-WG(Wild Trees-new grassland) JACKET | 1214 | 51 | US$ 17.80 | US$21,609.20 |
| #910-WTS(Wild Trees- snow) JACKET | 1554 | 65 | US$ 17.80 | US$27,661.20 |
| #920-WTS(Wild Trees-snow) PANT | 1261 | 53 | US$ 16.70 | US$21,058.70 |
| #920-WG(Wild Trees-new grassland) PANT | 1031 | 43 | US$ 16.70 | US$17,217.70 |
| #930-WTS (Wild Trees-snow) INSULATED PARKA | 770 | 129 | US$ 25.70 | US$19,789.00 |
| #930-WG(Wild Trees-new grassland) INSULATED PARKA | 598 | 100 | US$ 25.70 | US$15,368.60 |
| #935-WTS(Wild Trees-snow) INSULATED BIB PANT | 390 | 65 | US$ 31.74 | US$12,378.60 |
| #935-WG(Wild Trees-new grassland) INSULATED BIB PANT | 150 | 25 | US$ 31.74 | US$4,761.00 |
| #963-WTS(Wild Trees-snow)BIB PANT | 521 | 22 | US$ 24.61 | US$12,821.81 |
| #963-WG(Wild Trees-new grassland) BIB PANT | 461 | 20 | US$ 24.61 | US$11,345.21 |
| #980-WTS(Wild Trees-snow) WATERPROOF GLOVE | 1105 | 20 | US$ 12.20 | US$13,481.00 |
| #980-WG(Wild Trees-new grassland) WATERPROOF GLOVE | 1008 | 22 | US$ 12.20 | US$12,297.60 |
| WFO550-DECOY BAG KHAKI | 840 | 42 | US$ 8.93 | US$7,501.20 |
| TOTAL | 12058 | 670 | | US$202,199.57 |

## HUBEI WILD TREES TEXTILES CO.,LTD.

JOEL 000260

# HUBEI WILD TREES TEXTILES CO.,LTD. ORIGINAL

C1-402, NO 27 YONGQING ROAD WUHAN,HUBEI,CHINA

## COMMERCIAL INVOICE

| | | |
|---|---|---|
| **TO:** <br> WILDFOWLER OUTFITTER <br> 303 WEST 190TH ST.JORDAN, <br> MN 55352 USA | **Marks & Nos.** <br> WILDFOWLER OUTFITTER <br> 303 W. 190TH STREET <br> JORDAN, MN 55352 <br> U.S.A. <br> M/N: <br> C/NO: | **INV.NO:** FS13A15-1 <br> **INV.DATE:** 23-Aug-13 <br> **S/C NO.:** 13FSWIL01 <br> **PAYMENT:** T/T <br> **FROM:** SHANGHAI,CHINA <br> **TO:** MINNEAPOLIS,MN <br> **SHIPMENT:** FOB SHANGHAI <br> SHIPMENT DATE: 03 SEP,2013 |

| Description | Quantity PCS/PAIRS | Package CTNS | Unit Price USD | Amount USD |
|---|---|---|---|---|
| #098-WTS(Wild Trees-snow)HEAD COVER | 630 | 7 | US$ 4.25 | US$2,677.50 |
| #098-WG(Wild Trees-new grassland)HEAD COVER | 525 | 6 | US$ 4.25 | US$2,231.25 |
| #910-WG(Wild Trees-new grassland) JACKET | 1214 | 51 | US$ 17.80 | US$21,609.20 |
| #910-WTS(Wild Trees- snow) JACKET | 1554 | 65 | US$ 17.80 | US$27,661.20 |
| #920-WTS(Wild Trees-snow) PANT | 1261 | 53 | US$ 16.70 | US$21,058.70 |
| #920-WG(Wild Trees-new grassland) PANT | 1031 | 43 | US$ 16.70 | US$17,217.70 |
| #930-WTS (Wild Trees-snow) INSULATED PARKA | 770 | 129 | US$ 25.70 | US$19,789.00 |
| #930-WG(Wild Trees-new grassland) INSULATED PARKA | 598 | 100 | US$ 25.70 | US$15,368.60 |
| #935-WTS(Wild Trees-snow) INSULATED BIB PANT | 390 | 65 | US$ 31.74 | US$12,378.60 |
| #935-WG(Wild Trees-new grassland) INSULATED BIB PANT | 150 | 25 | US$ 31.74 | US$4,761.00 |
| #963-WTS(Wild Trees-snow)BIB PANT | 521 | 22 | US$ 24.61 | US$12,821.81 |
| #963-WG(Wild Trees-new grassland) BIB PANT | 461 | 20 | US$ 24.61 | US$11,345.21 |
| #980-WTS(Wild Trees-snow) WATERPROOF GLOVE | 1105 | 20 | US$ 12.20 | US$13,481.00 |
| #980-WG(Wild Trees-new grassland) WATERPROOF GLOVE | 1008 | 22 | US$ 12.20 | US$12,297.60 |
| WFO550-DECOY BAG KHAKI | 840 | 42 | US$ 8.93 | US$7,501.20 |
| TOTAL | 12058 | 670 | | US$202,199.57 |

湖北绿木纺织经贸有限公司
HUBEI WILD TREES TEXTILES CO.,LTD.

HUBEI WILD TREES TEXTILES CO.,LTD.

JOEL 000261