# Exhibit K

# WILDFOWLER OUTFITTER
PO BOX 319
CHASKA, MN 55318-0319
952-492-5770

**Invoice**

Invoice:
00079704

Bill To:

On- Line Sales

Ship To:

David Wright
704 Cardinal Dr.
Dublin, GA 31021

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | | UPs | | X | 7/18/2012 | Prepaid | 7/18/2012 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 1 | 910WG-L | L Waterproof Parka Wildgrass | $47.95 | EACH | | $47.95 | |

| | |
|---|---|
| SALE AMT. | $47.95 |
| FREIGHT | $9.95 |
| SALES TAX | $0.00 |
| TOTAL AMT. | $57.90 |
| PAID TODAY | $57.90 |
| BALANCE DUE | $0.00 |

Note: All discounts and allowances will be forfeited if not paid in Net 30 days.
A Finance Charge of 1.5% per month (18% annual) will be assessed on all past due balances.


D☐ P☑ Exhibit 10
Deponent Wang
Date 1/7/14  Rptr JMB

# WILDFOWLER OUTFITTER
PO BOX 319
CHASKA, MN 55318-0319
952-492-5770

# Invoice

Invoice:
00079794

Bill To:

On- Line Sales

Ship To:

Michelle Caudill
115 Eastend Ave
Warner Robind, GA 31088

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | | FedEx | | X | 9/11/2012 | Prepaid | 9/11/2012 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 1 | 910WG-L | L Waterproof Parka Wildgrass | $47.95 | EACH | | $47.95 | |

| | |
|---|---|
| SALE AMT. | $47.95 |
| FREIGHT | $8.84 |
| SALES TAX | $0.00 |
| TOTAL AMT. | $56.79 |
| PAID TODAY | $56.79 |
| BALANCE DUE | $0.00 |

Note: All discounts and allowances will be forfeited if not paid in Net 30 days.
A Finance Charge of 1.5% per month (18% annual) will be assessed on all past due balances.


D☐P☑ Exhibit 11
Deponent Wang
Date 1/17/14 Rptr JMS