# Exhibit L





# INVOICE

eLeisure Enterprises Limited
Wimpy House 46 Middlegate
Newark, Nottinghamshire NG24 1AL
United Kingdom (Great Britain)
PHONE: 08445 611105
WEBSITE: www.jackpykeshop.co.uk
EMAIL: info@jackpykeshop.co.uk

**Order #22164**
STATUS: Processed
DATE: 16-09-2012, 03:20
PAYMENT METHOD: Credit / Debit Card
SHIPPING METHOD: Same Day Dispatch !

**Customer:**
mcwright1999@gmail.com

**Bill to:**
Michelle Wright-Caudill
115 Eastend Ave
Warner Robins, Georgia 31088
United States
478-225-2749

**Ship to:**
Michelle Wright-Caudill
115 Eastend Ave
Warner Robins, Georgia 31088
United States
478-225-2749

| Product | Quantity | Unit price | Subtotal |
|---|---|---|---|
| Hunters Jacket Code: JPHJWTL Options: Colour Option: Wild Trees, Size: Large | 1 | £64.95 | £64.95 |

Subtotal: £64.95
Shipping cost: £40.00

**Total cost: £104.95**

D☐ P☑ Exhibit 96
Deponent Wang
Date 1/7/14  Rptr JD

