IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JORDAN OUTDOOR ENTERPRISES, LTD., | * |
| Plaintiff, | * |
| v. | Case No. 4-12-cv-297 (CDL) |
| | * |
| HUBEI WILD TREES TEXTILES CO., LTD., | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 9, 2014, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 9th day of April, 2014.

William E. Tanner, Clerk

s/ Timothy L. Frost, Deputy Clerk